It pleads the court your honor Thank you for the opportunity to be here this morning and your name is my name is Matt Wald. I represent Brian Barker It's important to be here today, and I'm thankful for the opportunity because truly mr. Barker is entitled to relief two separate kinds of relief on two different grounds and One of the grounds is simply that upon remand for a successful 2255 After serving eight and a half years on the very cause number He has essentially lost that time and is having to reserve it the larger reason is that upon remand he was subject to a consecutive sentence from a prior federal Sentence and That was originally a concurrent sentence Which never should have happened in which? Judge Haddon when he issued that sentence did not provide any adequate reasons did not even address 5g 1.3 So for those reasons what we're asking the court is to remand for resentencing on the consecutive concurrent issue But with instruction that mr. Barker be granted credit for 3105 days So you you start out by saying he's basically lost that time and why do you why do you characterize it that way? Because your honor the way with the new sentencing without having a without judge Haddon giving him a downward departure for that time The Bureau of Prisons will treat it as a sentence that just begins the day of the new sentence, which wasn't quite Yeah, that's what I guess Why would they do that? Why if that statute that I think you rely on is crystal clear Isn't it that he's entitled to a credit for all of that time? He's entitled to the credit, but I believe they're going to look at So the subsection that talks about if it hasn't been credited to another prior sentence and it has it's running concurrent with the Missoula sentence your honor and so They're going to consider that eight and a half years as credited to the Missoula sentence. And so Given that then the truly to lose that time does violate you due process and double jeopardy it it truly does and that's where Well, I guess the government really Didn't even address this issue very much. But the reason I'm addressing at first is because I think it's so important When you're talking about that amount of time, it's not as computation of pre-incarceration Credit that the BOP should should normally do in which they do. It really isn't it's got to do with Let me I mean, I'm with you on this because it does seem unfair But I just want to make sure I understand this he was serving How many years is it that we're talking about 3,105 days eight and a half years eight and a half years Okay, but he so he was serving eight years on both of these sentences Simultaneously, right? So I don't so why would how could the BOP say that? Right, I mean, it's the same sentence. It's just it's been reduced now from life to whatever 262 How could the BOP say that you've somehow not been serving eight and a half years against the 262 and that's that's exactly Exactly my my point, but that's what's happening. And I think with it's a district courts, but it has the BOP actually made their calculations I Would have to answer that to say that I don't think it's in the record before the court But yes that they are refusing that And have you challenged that administratively then but there is an administrative process to challenge that isn't there well I think you wouldn't well, yes there is But the question is is it a I mean that we got clear case law in this in this jurisdiction about That it is a due process and a double jeopardy Problem to not when you have a remand to not credit time or it wasn't actually a remit Well, I guess I guess you're analogizing it to a remand. What's that? Wasn't it wasn't a remand from the Ninth Circuit What was that I'm sorry, so he was resentenced right he was right and he was resentenced because he prevailed on his 2255 petition right? Yes So what he got was a brand new sentencing hearing he got a brand new sentencing hearing. Yes, right He did and what you're saying is that is that the judge was improper for Judge Haddon the new judge To impose a consecutive sentence. It was well, yes, absolutely, right and that But first I mean the government has said that they did not have the district court didn't have the authority to even Make the adjustment and they clearly did they could adjust it downward to make that 3,105 days, but It may be closer to answer your question your honor The other issue on the consecutive portion Judge Haddon simply did not give any reasons why Well, I mean, come on. He did he pointed to your clients rather lengthy criminal history as the reason for You know, the maximum amount of incapacitation is he could he could give right? 3553 factors judge, but he did not address 5g 1.3 at all and in a circumstance where Where essentially the resentencing is going back and the and the original sentence had Current sentence it was established as concurrent and I believe in that case How do we even know that judge Haddon did the appropriate measurement? He did not provide anything on the record saying why? Well judge judge Stiebel's original decision on concurrent is wrong now under 5g 1.3 I just don't think you can characterize the original decision as a decision at all He he was gonna serve a life sentence the consecutive versus current doesn't even matter in that context So what your honor that I respectfully disagree a little bit the government has made that point, but I think that's speculating in a sense because Truly given the facts of this case in an argument I made before judge Haddon if you had combined the total quantity of Methamphetamine between the two cases you never would have changed the level in the guidelines So I think it's very likely that judge The judge Siebel would have granted a concurrent sentence. It's it truly isn't that it was an interrelated case It it wasn't used to enhance the guidelines, but it was interrelated It's in both and and so for that reason, I think that it was very important that 3g 1.1 factors are Our grant are you went through one quick factual questions based on something you just said the quantity of What was the drug here? Was it meth? the quantity of meth from the I'm gonna get these confused it whatever that first conspiracy was. Yeah, the Missoula Okay, so that wasn't factored in to calculate the guideline range guidelines range and it was relevant conduct, but it wasn't factored in That's correct, but Again if you're considering what's an appropriate overall punishment when you're considering when you are considering the the consecutive versus concurrent under 5g 1.3 see It's incumbent upon judge hadn't to tell us why he went consecutive and he didn't he nowhere in his In his statement that sentence that did he even mention 5g 1.3. He simply said it's going to be consecutive and That's error he's got to tell us why and I I don't believe it's justified to be consecutive because of The nature of this interrelated case and the fact that again It's been a he would have been a level 32 if this had been charged together And I think that it would been a very strong argument to be made that it should be concurrent Based on that even though it was arguably separate conspiracy, how old is your client today? 50 yeah so In given the sentence that that he was given essentially while I it was a better sentence than life obviously He essentially lost eight and a half years that he's already done on this cause and I simply can't see any legal way that he could lose that and For the judge to simply grant a departure down. We're giving him credit for that would totally cure that there wouldn't be any Problem that the POP would have to deal with the 5g 1.3 I Know this court just Decided shouse very recently and that's a 5g 1.3 case your honor And I get that in that case this court said that you don't necessarily have to spell out every one of the 5g 1.3 factors, but What this court did say was that Judge Christensen in that case looked at him. He he did consider 5g 1.3. He talked about it He looked at the applications The district court did just that it acknowledged its discretion to impose a concurrent partially concurrent or consecutive and it examined with the 3553 a factors The 5g 1.3 whether it applied and in fact ultimately chose a sentence in accordance with an application note to 5g 1.3 So what we have is a district court. That is not Even considering a total factor of the guidelines in issuing its sentence, and I don't believe it can stand your honor That reason I'm asking the court to remand. Okay, your time is up. Thank you. Thank you Good morning, Laurie Sook for the United States your honors I have to tell you that this is news to the United States that the Bureau of Prisons is not crediting. Mr Barker for this time obviously defense has said that that's not part of the record Certainly the district court in the United States responded to this issue Under the Wilson case law because we believed that the Bureau of Prisons would calculate this that is the rule and There is an ability to challenge if they have done it Incorrectly you were expecting him to get the credit Believe so was judge Haddon. And so this is certainly news to us Obviously Judge Haddon could have considered the argument I guess in the form of a variance Because subsection B of 5g 1.3 did not apply But that's not how it was framed to the district court And if that's what the defendant meant to how he meant to frame it I just have to be honest the United States didn't understand the issue that way and we certainly do not believe that judge hadn't Understood it that way So we were responding not missing the issue But thinking we were responding on the basis of u.s Versus Wilson and we believe that if that is the calculation the defendant has remedies Administratively that would then bring him into federal court to challenge that calculation Moving on to the second issue. It is fair to say that judge Haddon did not specifically tell the defendant I am Choosing a consecutive versus a concurrent sentence for this reason what he did say was I have Considered all of the information put before me that was memoranda and argument that addressed Specifically and in-depth this issue and then he tying it to the 3553 a factors Which is the first? Factor under 5g 1.3 C application known Told us why he believed a consecutive sentence was necessary here when mr. Barker was no longer looking at a life term as the United States has pointed out When he was faced with a life term It was it was not even relevant to consider whether it was concurrent or consecutive But judge Haddon starting with a clean slate had a different analysis to to make and mr Barker certainly had a criminal history That warranted judge Haddon to be concerned about him again committing crimes and and he grounded his reasons For the sentence for that purpose if you were to remand on that basis Certainly the judge could tick down the factors of 5g 1.c 3, but it would be in the view of the United States It would not change the analysis of judge Haddon because he has Valid logical reasons for what he did what he did. Well, let me let me ask you this. Maybe you're right about The pointlessness or it's kind of a waste of resources. You're saying to remand on that point But what's the harm given what you said when you first got up here? What's the harm in sending it back on the not not getting the credit? It sounds like your your view is that if judge had hadn't is that that's who was it is If he were made aware that actually Mr. Parker has not been given the credit That maybe he would make some adjustment. So why what's the harm in us sending it back? That's a very good point judge Wefford and I I can't tell you that he wouldn't adjust the sentence or consider something differently What I will say is that there is a remedy for mr Barker and maybe we should let him go forward with that remedy because in the context of this sentence quite frankly judge Haddon did it right by following the United States versus Wilson and Hopefully if we believe in the process that's put into place. Mr Barker would get the remedy through the administrative process and then 12 federal court Okay, I hear you on that, but maybe then can you respond to counsel's statutory argument? Which is that well, no BOP is going to say that we did follow I can't remember the statute exactly whatever that statute is because that eight and a half years was credited to the Sentence in the other case. Well, that's an interesting point But the point that you made in response is also clear to he was serving it on another sentence But he was also serving it on this sentence and there is just absolutely No way the United States can fathom that they could not credit him for that. He was serving it it was a legitimate valid sentence run concurrently and it It does not seem to be a grounded decision that wouldn't fall if reviewed That's what I agree. And and that's what I'll be honest. That's what I came into the case thinking Yes, of course, you look at the statute Of course, you should get the credit, but it's just it's the wrong form the BOP should do it But if there's even a little bit of uncertainty about what the outcome of this administrative challenge might be Why again, what's the harm and at least giving judge Haddon a chance if he wants to then do? It would be a downward variance. I take it to account for that. Your honor I can't stand here and tell you that there is harm the only thing the only response I have to it is that there is a process that he can use but But I do understand and this is news to the United States We did not know that he wasn't receiving credit and I I truly do believe the judge Haddon didn't even contemplate that that would be The situation why would you? When he has served that time on that sentence legitimately that this is just something new to me I certainly have seen the Bureau of Prisons calculate credit for time So do they issue it like a memorandum or something or you know, I just I don't know for sure I just know that through 2255 that I've done in the past I have had defendants claim that the calculation has been wrong But quite frankly, I don't as a representative of the United States I don't get involved in that process or haven't because I haven't ever had it come to the point where they've challenged it in federal court, I think all my experience has been it's been resolved administratively and That it sounds like that hasn't been done yet. A challenge hasn't been made administratively, but I do Very much understand your point If there are no further questions, thank you Up used up all your time, so thank you very much. Thank you counsel. Appreciate your arguments matters submitted
judges: PREGERSON, PAEZ, WATFORD